**DISMISSED and Opinion Filed January 13, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00961-CR

### EX PARTE SHANIAYA JARVIS

**On Appeal from the 86th Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 111585-86**

## MEMORANDUM OPINION
Before Justices Reichek, Goldstein, and Kennedy
Opinion by Justice Goldstein

Before the Court is appellant's January 10, 2023 motion to withdraw the appeal. The motion is signed by appellant and by counsel. *See* TEX. R. APP. P. 42.2(a). We **GRANT** the motion and **DISMISS** the appeal. *See id*. 43.2(f).

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
220961F.U05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

EX PARTE SHANIAYA JARVIS

No. 05-22-00961-CR

On Appeal from the 86th Judicial
District Court, Kaufman County,
Texas
Trial Court Cause No. 111585-86.
Opinion delivered by Justice
Goldstein. Justices Reichek and
Kennedy participating.

Based on the Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered January 13, 2023